**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MITCHELL U. BRAITHWAITE III,
       Plaintiff,

v.

SP PLUS CORPORATION, Foreign
Profit Corporation,
       Defendant.

CASE NO.:   6:24-CV-00529-JA-DCI

**JOINT STIPULATION FOR**
**DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, MITCHELL U. BRAITHWAITE III, an Individual, through his undersigned counsel, and Defendant SP PLUS CORPORATION,  through it's undersigned counsels, and in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action.  Each party to bear their own attorney's fees and costs except as otherwise described in their written agreement.

The parties will receive notice of electronic filing through the CM/ECF system.

/S/Tal Shemtov
TAL SHEMTOV
Attorney for Plaintiff
Florida Bar # 28456

Shemtov & Hillstrom, PLLC
612 SE 5th Ave., Suite 6
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 329-2211 FAX
tal@shlawfl.com

/s/ Paul Kissel
Paul Kissel, Esquire
Florida Bar No.: 507849

VERNIS & BOWLING OF
CENTRAL FLORIDA, P.A.
1450 S. Woodland Blvd.,
4th Floor Deland, FL 32720
Telephone: (386) 734-2505
Facsimile: (386) 734-3441
pkissel@florida-law.com